# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES ROBERT RALPH, JR.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO: 21-CV-00082-B |
| | * |
| **ZARO TRANSPORTATION, LLC,** | * |
| et al., | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff Charles Robert Ralph, Jr., respectfully moves this Court to remand this cause to the Circuit Court of Mobile County, Alabama (to wit, Case No. 02-CV-2020-902120). In support thereof, Plaintiff states as follows:

1. Defendant has failed to show that the amount in controversy of this action exceeds $75,000 as required by 28 U.S.C. § 1332. For this reason, this action must be remanded to state court.

2. In support of this motion, Plaintiff submits simultaneously herewith Plaintiff's Brief in Support of Motion to Remand.

WHEREFORE, the premises considered, Plaintiff respectfully moves for an Order remanding this case to the Circuit Court of Mobile County, Alabama.

    Respectfully submitted,

    **CITRIN LAW FIRM, P.C.**
    Attorney for Plaintiff

    */s/ Jon D. Roberts, Jr.*
    JON D. ROBERTS, JR. (ROB201)

1

1703 Main Street  
Post Office Drawer 2187  
Daphne, Alabama  36526  
Telephone:     251.888.8884  
Facsimile:      251.888.8000  
jon@citrinlaw.com

CERTIFICATE OF SERVICE

  I hereby certify that I have on this the 19th day of March, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd N. Hamilton, Esq.  
Peter M. Wolter, Esq.  
Smith, Spires, peddy, Hamilton & Coleman, P.C.  
3500 Colonnade Parkway – Suite 350  
Birmingham, Alabama 35243

<em>/s/ Jon D. Roberts, Jr.</em>