IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES ROBERT RALPH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 21-0082-CG-B |
| | ) | |
| ZARO TRANSPORTATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 5, 2021 (Doc. 16) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff Charles Robert Ralph, Jr.'s motion to remand (Doc. 5) is **GRANTED**.

Accordingly, this action is remanded to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 7th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE